UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERMAR D. WILLIAMS,
    Plaintiff,

vs.                                      Case No.:  3:25cv632/LAC/ZCB

SERGEANT M. GONZALEZ,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on December 22, 2025.  (Doc. 27).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

    1.    The magistrate judge's Report and Recommendation (Doc. 27) is adopted and incorporated by reference in this order.

    2.    Defendant's motion to dismiss (Doc. 21) is **GRANTED** and Plaintiff's negligence claim and request for declaratory relief are **DISMISSED**.

3. This case is recommitted to the magistrate judge for further proceedings on Plaintiff's claims for monetary damages against Defendant for excessive force under the Eighth Amendment and state torts claims of assault and battery.

**DONE AND ORDERED** this 26th day of January, 2026.

                                                s/*L.A. Collier*
                                      **LACEY A. COLLIER**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**